### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JAIMEE ELIZABETH RIGGS,      )<br>    Petitioner,     )<br>     )<br>v.     )<br>     )<br>ANTHONY LOWERY as Sheriff of   )<br>Baldwin County, Alabama,   )<br>    Respondent.   )| **CIVIL ACTION No. 26-00215-KD-N** |

### <u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and no objections having been filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and S D. Ala. GenLR 72(a), (Doc. 3), is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Petitioner's 18 U.S.C. § 2241 habeas petition and this action is **DISMISSED** for failure to exhaust state remedies**.** Petitioner is **DENIED** a certificate of appealability, and Petitioner is not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this **30th day** of **July 2026.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**